# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Rhodes<br><br>Case Below:<br>172 N.C. App. 174 | No. 500P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-193) | Denied<br>11/03/05 |
|---|---|---|---|
| State v. Rios<br><br>Case Below:<br>169 N.C. App. 270 | No. 226P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-706)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Ripley<br><br>Case Below:<br>172 N.C. App. 453 | No. 489A05 | 1. AG's NOA (Dissent)<br><br>2. AG's Motion for Temporary Stay (COA04-924)<br><br>3. AG's Petition for Writ of Supersedeas | 1.<br><br>2. Allowed<br>09/06/05<br><br>3. Allowed<br>10/06/05 |
| State v. Sellars<br><br>Case Below:<br>173 N.C. App. 235 | No. 547P05 | AG's Motion for Temporary Stay<br>(COA04-289) | Allowed<br>09/23/05 |
| State v. Shabazz<br><br>Case Below:<br>171 N.C. App. 517 | No. 439P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1232) | Denied<br>10/06/05 |
| State v. Shearin<br><br>Case Below:<br>170 N.C. App. 222 | No. 338P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-394)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>11/03/05<br><br>3. Denied<br>11/03/05 |
| State v. Shue<br><br>Case Below:<br>163 N.C. App. 58 | No. 103P04-2 | Defendant-Appellant's Motion for Discretionary Review and NOA (COA03-133) | Dismissed<br>10/06/05 |
| State v. Silas<br><br>Case Below:<br>168 N.C. App. 627 | No. 171PA05 | 1. AG's Motion for Temporary Stay<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 (COA04-367) | 1. Allowed<br>Pending<br>Determination<br>of the AG's<br>PDR<br>03/29/05<br>359 N.C. 413<br><br>2. Allowed<br>10/06/05<br><br>3. Allowed<br>10/06/05 |